UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALYSSA FLEXER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMARTFOODS, INC. and PEPSICO, INC.,<br><br>Defendants. | Case No. 1:25-cv-03623<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alyssa Flexer hereby dismisses without prejudice to herself or other members of the putative class all claims against Defendants Smartfoods, Inc. and PepsiCo, Inc.

Dated: September 24, 2025

**ARISOHN LLC**

By: */s/ Joshua D. Arisohn*
     Joshua D. Arisohn

Joshua D. Arisohn
94 Blakeslee Rd.
Litchfield, CT 06759
Telephone: (646) 837-7150
Email: josh@arisohnllc.com

*Attorney for Plaintiff*

So Ordered.
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 9/24/25

1